# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN WAYNE HAMILTON,

      Plaintiff,

v.                                         Case No:   6:13-cv-1988-Orl-22DAB

BOARD OF TRUSTEES OF INTERNAL TRUST FUND OF THE STATE OF FLORIDA, FIFTH DISTRICT CITRUS COUNTY, BOARD OF TRUSTEE, ENVIRONMENTAL PROTECTION, CITRUS COUNTY FLA, PATRICIA THOMAS, ANTHONY TANNER, A. D. WILLIAMS, JOHN H. WILLIAMS, JR. , CONTEXT INDUSTRIES, CITRONELLE LAND TRUST, CONTEXT DEVELOPMENT COMPANY, CONTEXT DEVELOPMENT CORPORATION and CITRON INVESTMENT GROUP,

      Defendants.

## ORDER

This cause is before the Court on the Motion to Appear *In Forma Pauperis* (Doc. No. 2) filed on December 30, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Complaint be DISMISSED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed January 10, 2014 (Doc. No. 3), is ADOPTED and CONFIRMED and made a part of this Order.

2.	The Motion to Appear *In Forma Pauperis* (Doc. No. 2) is hereby DENIED and the Complaint is DISMISSED.

3.	Plaintiff is given leave to file an Amended Complaint by February 14, 2014, accompanied by either payment of the filing fee or a completed legible application for pauper status.   Failure to comply with this Order shall result in the case being closed without further notice.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2014.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

John Wayne Hamilton, *pro se*