# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN WAYNE HAMILTON,**

       **Plaintiff,**

v.                                                        Case No:   6:13-cv-1988-Orl-22DAB

**BOARD OF TRUSTEES OF INTERNAL TRUST FUND OF THE STATE OF FLORIDA, FIFTH DISTRICT CITRUS COUNTY, CITRUS COUNTY, FLORIDA, ANTHONY TANNER, A. D. WILLIAMS, JOHN H. WILLIAMS, JR. , CONTEXT INDUSTRIES, CONTEXT DEVELOPMENT COMPANY, CITRON INVESTMENT GROUP, ENVIRONMENTAL PROTECTION OF THE STATE OF FLORIDA, CITRUS COUNTY BOARD OF COMMISSIONER, RAM-NA-INC, A.T.M.T INC, A.T.M.I. INC, CHARLIE D. BERTINE, WILBER KING, KING B CORPORATION, CRYSTAL POINTE ASSOCIATES, LTD and CRYSTAL POINTE,**

       **Defendants.**

---

## ORDER

This cause is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 6) filed on February 14, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the Amended Complaint be dismissed.

After an independent *de novo* review of the record in this matter, including the objections filed by the John Wayne Hamilton, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 18, 2014 (Doc. No. 7), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Proceed In Forma Pauperis is hereby DENIED.

3. The Amended Complaint is hereby DISMISSED.

4. As there are no plausible facts that can be pled against any Defendant, the Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on March 17, 2014.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties